201 P.2d 370

**Kenneth A. HERON and Ruth W. Heron, Plaintiff-Appellants, v. D. H. GAYLOR, C. F. Jaynes, et al., Defendant-Appellees.**

No. 5154.

Supreme Court of New Mexico.

Dec. 23, 1948.

Kenneth A. Heron, of Chama, pro se.

Bigbee & Kool, of Santa Fe, for appellees.

McGHEE, Justice.

The identical questions raised by the appeal in Heron v. Gaylor, No. 5153, N.M., 201 P.2d 366, except the claimed right to disqualify the resident trial judge, are presented by this appeal.

The judgment is affirmed on the authority of Cause No. 5153, supra.

BRICE, C. J., and LUJAN, SADLER, and COMPTON, JJ., concur.